**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-7349**

_____

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          and

CHARLES PETERSON,

                    Claimant,

          v.

GARNETT GILBERT SMITH, a/k/a Abdule Jones,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   James K. Bredar, District Judge.
(1:12-cr-00479-JKB-1)

_____

Submitted:  February 23, 2017      Decided:  February 28, 2017

_____

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit
Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Garnett Gilbert Smith, Appellant Pro Se. David I. Sharfstein,
James G. Warwick, OFFICE OF THE UNITED STATES ATTORNEY,
Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Garnett Gilbert Smith seeks to appeal the district court's order denying his motion for leave to file an addendum to his motion to supplement his petition for reconsideration of the denial of his 28 U.S.C. § 2255 (2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Smith has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

3

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED